IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
AT JACKSON
Assigned on Briefs November 6, 2007

**STATE OF TENNESSEE v.**
**CHRISTOPHER CARNEY and ANTHONY MITCHELL**

**Direct Appeal from the Circuit Court for Haywood County**
**Nos. 5814, 5821, & 5844      Clayburn L. Peeples, Judge**

_____

**No. W2007-00705-CCA-R3-CD  - Filed April 8, 2008**

_____


JAMES CURWOOD WITT, JR., J., concurring.

I concur in the results but would have deferred to the trial court's rationale for dismissing the indictments had it availed the State a prior opportunity to resist the dismissal.


                                                    JAMES CURWOOD WITT, JR., JUDGE